UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| BNSF RAILWAY COMPANY | CIVIL ACTION NO. 6:07-CV-0849 |
| VERSUS | JUDGE DOHERTY |
| T. K. TOWING, INC., et al | MAGISTRATE JUDGE METHVIN |

**ORDER**

Having considered T. K. Towing, Inc's foregoing unopposed Ex Parte Motion for Leave to Dismiss its claim for exemplary/punitive damages, without prejudice, it is hereby

**ORDERED, ADJUDGED AND DECREED** that defendant/plaintiff in limitation, T. K. Towing, Inc.'s, claim element against plaintiff/claimant in limitation, BNSF Railway Company, for exemplary/punitive damages be and the foregoing is dismissed, without prejudice, each party to bear its respective costs, all other claim elements to remain as before.

Signed at Lafayette, Louisiana, on October 23, 2007.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)